| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this is an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **WESTVIEW BAPTIST CHURCH INC** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **36-4527249** |

| 4. | Debtor's address | **Principal place of business**<br><br>**13301 N.W. 24TH AVENUE**<br>**Miami, FL 33167**<br>Number, Street, City, State & ZIP Code<br><br>**Miami-Dade**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | Debtor's website (URL) | |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
|---|---|---|

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 1

Debtor  **WESTVIEW BAPTIST CHURCH INC**  Case number (*if known*) _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **WESTVIEW BAPTIST CHURCH INC**_____   Case number (*if known*)_____
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 3

Debtor   **WESTVIEW BAPTIST CHURCH INC**                                    Case number (*if known*)
         Name

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **WESTVIEW BAPTIST CHURCH INC**  Case number (*if known*) _____
           Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 19, 2025**
             MM / DD / YYYY

**X  /s/ Patty Woods**                                         **Patty Woods**
Signature of authorized representative of debtor               Printed name

Title  **President**

**18. Signature of attorney**

**X  /s/ Ariel Sagre**                                         Date  **August 19, 2025**
Signature of attorney for debtor                                     MM / DD / YYYY

**Ariel Sagre 557447**
Printed name

**Sagre Law Firm, P.A.**
Firm name

**5201 Waterford District Drive, Suite 892**
**Miami, FL 33126**
Number, Street, City, State & ZIP Code

Contact phone  **305-266-5999**    Email address  **law@sagrelawfirm.com**

**557447 FL**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **WESTVIEW BAPTIST CHURCH INC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders             12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| A.B. Fire Equipment Inc. 2759 N.W. 19th Street Pompano Beach, FL 33069 | | services | | | | $775.80 |
| ADT Commercial PO Box 530212 Atlanta, GA 30353 | | services | | | | $3,609.70 |
| ADT Commercial PO Box 49292 Wichita, KS 67201 | | services | | | | $800.00 |
| Bank OZK PO Box 8811 Little Rock, AR 72231 | | any and all claims | Contingent Unliquidated Disputed | | | $0.00 |
| City of North Miami 776 NE 125th Street Miami, FL 33161 | | utilities | | | | $542.76 |
| Clerk of Courts, Code Enforcement 111 N.W. 1st Street- Suite 1750 Miami, FL 33128 | | notice purposes | Contingent Unliquidated Disputed | | | $0.00 |
| Copies Florida 2957 NW 27th Street Fort Lauderdale, FL 33311 | | services | | | | $190.00 |
| County Attorney's Office, Miami-Dade Miami-Dade County Attorney's Office 111 NW 1st ST Ste 2810 Miami, FL 33128 | | any and all claims | Contingent Unliquidated Disputed | | | $0.00 |

Official form 204            Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims            page 1

Debtor  **WESTVIEW BAPTIST CHURCH INC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Everon FKA ADT Commercial**<br>PO Box 382109<br>Pittsburgh, PA 15251 | | services | | | | $185.21 |
| **Fidelity National Law Group**<br>100 West Cypress Creek Road, Suite 889<br>Fort Lauderdale, FL 33309 | | notice purposes | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| **FLORIDA BAPTIST CONVENTION, INC. Registered Agent Stephen N. Rummage**<br>6850 Belfort Oaks Place<br>Jacksonville, FL 32216 | | any and all claims | Contingent<br>Unliquidated<br>Disputed | | | $100,000.00 |
| **MIAMI BAPTIST ASSOCIATION, INC. Registered Agent Ricardo Joaquin**<br>7855 S.W. 104th ST., Suite 100<br>Miami, FL 33156 | | any and all claims | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| **Miami-Dade County**<br>200 NW 2nd Ave, 3rd Floor<br>Miami, FL 33128 | | 13301 NW 24 AVE, Miami, FL 33167, Folio: 30-2127-000-0160 | Contingent<br>Unliquidated<br>Disputed | Unknown | $1,400,000.00 | Unknown |
| **Miami-Dade County Regulatory and Economic Resources Dept. Lien and Collection Section**<br>11805 S.W. 26th Street, Room 230<br>Miami, FL 33175 | | violations | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| **Miami-Dade Fire Rescue Dept. Finance Bureau**<br>9300 NW 41 ST Street<br>Miami, FL 33178 | | services | | | | $592.97 |
| **Red Hawk Fire & Security**<br>Hollywood, FL 33025 | | services | | | | $140.00 |

Debtor  **WESTVIEW BAPTIST CHURCH INC**    Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **STANTON MEMORIAL BAPTIST CHURCH, INC.** c/o Registered Agent Ralph Cunningham 81 N.W. 163rd Street Miami, FL 33169 | | any and all claims | Contingent Unliquidated Disputed | | | $0.00 |
| **Twin Bays LLC** Registered Agent Cindy's New Mexico LLC 5203 Juan Tabo Blvd. NE Suite 2a Albuquerque, NM 87111 | | 13301 NW 24 AVE, Miami, FL 33167, Folio: 30-2127-000-0160 | Contingent Unliquidated Disputed | Unknown | $1,400,000.00 | Unknown |
| **Twin Bays LLC** c/o Christopher H. Ezell 701 Brickell Avenue, Suite 3300 Miami, FL 33131 | | notice purposes | Contingent Unliquidated Disputed | | | $0.00 |

```
A.B. Fire Equipment Inc.
2759 N.W. 19th Street
Pompano Beach, FL 33069


ADT Commercial
PO Box 530212
Atlanta, GA 30353


ADT Commercial
PO Box 49292
Wichita, KS 67201


Bank OZK
PO Box 8811
Little Rock, AR 72231


City of North Miami
776 NE 125th Street
Miami, FL 33161


Clerk of Courts, Code Enforcement
111 N.W. 1st Street- Suite 1750
Miami, FL 33128


Copies Florida
2957 NW 27th Street
Fort Lauderdale, FL 33311


County Attorney's Office, Miami-Dade
Miami-Dade County Attorney's Office
111 NW 1st ST Ste 2810
Miami, FL 33128


Everon FKA ADT Commercial
PO Box 382109
Pittsburgh, PA 15251


Fidelity National Law Group
100 West Cypress Creek Road, Suite 889
Fort Lauderdale, FL 33309


FLORIDA BAPTIST CONVENTION, INC.
Registered Agent Stephen N. Rummage
6850 Belfort Oaks Place
Jacksonville, FL 32216
```

MIAMI BAPTIST ASSOCIATION, INC.
Registered Agent Ricardo Joaquin
7855 S.W. 104th ST., Suite 100
Miami, FL 33156


Miami-Dade County
200 NW 2nd Ave, 3rd Floor
Miami, FL 33128


Miami-Dade County
Code Enforecment
111 NW 1st Street, Suite 1750
Miami, FL 33128


Miami-Dade County
Regulatory and Economic Resources Dept.
Lien and Collection Section
11805 S.W. 26th Street, Room 230
Miami, FL 33175


Miami-Dade Fire Rescue Dept.
Finance Bureau
9300 NW 41 ST Street
Miami, FL 33178


Red Hawk
Fire & Security
Hollywood, FL 33025


STANTON MEMORIAL BAPTIST CHURCH, INC.
c/o Registered Agent Ralph Cunningham
81 N.W. 163rd Street
Miami, FL 33169


Twin Bays LLC
Registered Agent Cindy's New Mexico LLC
5203 Juan Tabo Blvd. NE Suite 2a
Albuquerque, NM 87111


Twin Bays LLC
c/o Christopher H. Ezell
701 Brickell Avenue, Suite 3300
Miami, FL 33131